COUNTY NATIONAL BANK, Respondent, v. CLIFTON W. VOGT et al., Defendants; ALBANY DISCOUNT CORPORATION, Appellant. — STALEY, JR., J.

794

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.